# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME B. SANCHEZ, an individual, and ANTONIO CAMPOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV 25-5617-DMG (BFMx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [22]** |

Having read and reviewed the Parties' Stipulation of Dismissal, filed October 26, 2026 [Doc. # 22], and finding good cause therefor, the Court **APPROVES** the Stipulation and **DISMISSES** the above-captioned action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: October 29, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge